# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO.: 2:08-CR-153-RL-PRC |
| ) | |
| MYRIA RAE JOHNSON, ) | |
| Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT MYRIA RAE JOHNSON**

TO: THE HONORABLE RUDY LOZANO, JUDGE,
UNITED STATES DISTRICT COURT

Upon Defendant Myria Rae Johnson's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on December 10, 2008, with the consent of Defendant Myria Rae Johnson, counsel for Defendant Myria Rae Johnson, and counsel for the United States of America.

The hearing on Defendant Myria Rae Johnson's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Myria Rae Johnson under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Myria Rae Johnson,

I FIND as follows:

(1) that Defendant Myria Rae Johnson understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Myria Rae Johnson understands her right to trial by jury, to persist in her plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her right against compelled self-incrimination;

(3) that Defendant Myria Rae Johnson understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Myria Rae Johnson understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Myria Rae Johnson has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Myria Rae Johnson is competent to plead guilty;

(6) that Defendant Myria Rae Johnson understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Myria Rae Johnson's plea; and further,

I RECOMMEND that the Court accept Myria Rae Johnson's plea of guilty to the offense charged in Count I of the Indictment and that Defendant Myria Rae Johnson be adjudged guilty of the offense charged in Count I of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Myria Rae Johnson be adjudged guilty, sentencing will be held **March 5, 2009, at 12:30 p.m.** in the Hammond Division, before Judge Rudy Lozano. Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

So ORDERED this 10th day of December, 2008.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc: All counsel of record
     Honorable Rudy Lozano