**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:08-CR-153 |
| | ) | |
| MYRIA RAE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Myria Rae Johnson (DE #47) filed on December 10, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Myria Rae Johnson, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 21 U.S.C. §846.

This matter is set for sentencing on March 5, 2009, at 12:30 p.m.

**DATED: December 31, 2008**          /s/RUDY LOZANO, Judge
                                      **United States District Court**